AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**
**JESUS GERARDO PONCE VARGAS**

**Defendant.**

Case No. 5:26-MJ-247 (MJK)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of October 15, 2026 in the county of Jefferson in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Re-entry of Removed Alien |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

JOSUE OLIVAREZ Digitally signed by JOSUE OLIVAREZ Date: 2026.10.15 14:10:02 -04'00'

*Complainant's signature*

Josue Olivarez Supervisory Border Patrol Agent

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 16th, 2026

Mitchell J Katz Digitally signed by Mitchell J Katz Date: 2026.10.16 09:28:48 -04'00'

*Judge's signature*

City and State: Syracuse, NY

Hon. Mitchell J. Katz, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Josue Olivarez, hereby depose and state under penalty of perjury:

1. I am a United States Supervisory Border Patrol Agent ("SBPA") with the United States Department of Homeland Security ("DHS"), Customs and Border Protection ("CBP"). I have been employed with United States Border Patrol since May 2012. As a part of my duties at CBP, I have investigated violations of the United States Code, including violations of Title 8, United States Code, Section 1326.

2. This affidavit is made in support of an application for a criminal complaint charging Jesus Gerardo PONCE VARGAS with a violation of Title 8, United States Code, Section 1326 (Re-Entry of Removed Aliens).

3. The information contained in the affidavit is based upon my investigation of this matter and on information provided by other law enforcement agents. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe PONCE VARGAS illegally reentered the United States after previously being ordered removed.

4. On October 15, 2026, Border Patrol Agent ("BPA") Kenneth Poe, Border Patrol Agent Trainee ("BPA-T") Lionel Melgoza, BPA-T Zachary Connelly, and BPA-T Daniel Ramos-Irizarry of the Wellesley Island Border Patrol Station (WIB), encountered a black Chevrolet Silverado bearing Tennessee license plate BLF-7460. This vehicle's registered owner, PONCE VARGAS had been identified as having three prior orders of removal.

5. The Vehicle was parked at the Ramada Hotel on Arsenal Street in Watertown, New York, in Jefferson County approximately 30 miles from the Canadian border. This location is known to members of WIB Targeting Unit as an area that is frequented by illegal aliens.

6. At approximately 6:37 a.m. BPA Poe conducted a traffic stop on the vehicle to perform an immigration inspection. Upon stopping the vehicle BPA-T Melgoza announced himself as a United States BPA. BPA-T Melgoza saw the driver who matched the description of the registered owner and requested identification. PONCE VARGAS provided a Mexican Passport and confirmed his identity as a citizen of Mexico. PONCE VARGAS also stated he did not have any documentation to be in the United States legally. PONCE VARGAS was placed under arrest and transported to WIB for processing.

7. At the station, BPAs fingerprinted the defendant and records checks confirmed that the defendant is not a citizen or national of the United States; that he did not have permission to enter or re-enter the United States; and that multiple prior orders of removal and reinstatements. Specifically, database records revealed that PONCE VARGAS (also appearing in records as Ponce-meza) was previously ordered removed and had a Reinstatement of Final Order issued on June 5, 2003; a subsequent Reinstatement on September 15, 2008; and a third Reinstatement issued on September 3, 2009.

8. The defendant waived his *Miranda* rights and admitted that he unlawfully entered the United States and was not inspected or examined by immigration officers.

9. Based on the foregoing, there is probable cause to believe that Jesus Gerardo PONCE VARGAS has violated 8 U.S.C. § 1326 (Re-Entry of Removed Aliens). I respectfully request the Court issue the proposed complaint pursuant to this violation of federal law.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

JOSUE OLIVAREZ
Digitally signed by JOSUE OLIVAREZ
Date: 2026.10.15 14:09:27 -04'00'

Josue Olivarez
Supervisory Border Patrol Agent

I, the Honorable Mitchell J. Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by videoconference on October 16, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Digitally signed by Mitchell J Katz
Date: 2026.10.16 09:28:18 -04'00'

Hon. Mitchell J. Katz
United States Magistrate Judge