# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

**Albany Office**

54 State Street
Suite 310
Albany, NY 12207
(518) 436-1850
(518) 436-1780 Fax

**Syracuse Office**

4 Clinton Square
3rd Floor
Syracuse, NY 13202
(315) 701-0080
(315) 701-0081 Fax

Eric K. Schillinger - Federal Public Defender
Emma Reynolds - First Assistant

October 16, 2026

Honorable Mitchell J. Katz
United States Magistrate Judge
James M. Hanley Federal Building
100 South Clinton Street
Syracuse, New York 13261

Re: UNITED STATES V. JESUS GERARDO PONCE VARGAS
Case No. 5:26-MJ-0247 (MJK)

Dear Judge Katz:

This letter is response to the government's letter seeking an additional stay of Your Honor's release order issued today during the initial appearance in the above-referenced matter. The Court stayed its release order only until 4:00PM to permit the government to determine whether it would appeal the release order. Although the government has filed a notice of appeal of that order, it did not include a request to the District Court for a further stay of the release order, nor did the government seek an extension of the stay prior to the stay expiring approximately 45 minutes ago.

Contrary to the government's position, the government's request for an extension of Your Honor's stay is prejudicial to the defendant. The Court correctly determined that the government failed to satisfy its minimal burden for detention under 18 U.S.C. § 3142(f)(2)(A). Any further detention curtails Mr. Ponce Vargas's freedom and liberty without any justification under the law. Because the Court's order staying its release order has now expired by at least 45 minutes, the release order is in effect, and Mr. Ponce Vargas is entitled to release.

Respectfully,

*/s Anne LaFex*
Assistant Federal Public Defender